UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
SEP 1 2 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___VVV___ DEP CLK

CASE NO: 5:12-MJ-1715

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| DIXON, CHRISTINA | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about July 4, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DIXON, CHRISTINA, did willfully and unlawfully assault another person, to wit: by striking another person in the face with a closed hand, in violation of Title 18, United States Code, Section 113(a)(4).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
for STACEY A. GUTHARTZ COHEN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222